# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLI, a series of Funlife, LLC, a Nevada Series Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>J. Carol Duncan, Trustee of J. Carol Duncan revocable Trust dated December 28, 2011; Cyndi Hicks and David Hicks, Trustees of the David and Cyndi Hicks Family Trust, dated July 17, 2008; Tyler J. Duncan and Whitney Duncan, Trustees of the Tyler and Whitney Duncan Family Trust; Joanne Neubauer, Trustee of the Survivor's Trust and the Bypass Trust under the Hendry 2007 Living Trust, u/d/t Oct. 1, 2007; Bank of America, N.A. as successor-in-interest to Countrywide Home Loans, Inc.; Pacific Premier Bancorp, Inc.; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 2:19-cv-01262-ODW (SKx)<br><br>**ORDER APPROVING STIPULATION AND ORDER TO SHOW CAUSE** |

**TO ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Having considered the Stipulation entered into by and between Plaintiff FLI, a series of Funlife, LLC, a Nevada Series Limited Liability Company, and Defendant Pacific Premier Bank (erroneously sued herein as Pacific Premier Bancorp, Inc.)

1

("Stipulation," ECF No. 58), by and through their counsel of record, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff's First Amended Complaint lodged as Exhibit 1 to the Stipulation shall be deemed filed as of the date of this Order served on all parties via the Court's CM/ECF system;

2. Pacific Premier Bank shall be substituted in place of Defendant Pacific Premier Bancorp, Inc.;

3. Pacific Premier Bank's responsive pleading shall be due twenty (20) days from the date of this Order; and

4. The parties are **ORDERED TO SHOW CAUSE** by **June 25, 2019** why the Court should not deem the Motions to Dismiss (ECF Nos. 34, 39) as motions to dismiss the First Amended Complaint.

DATED: June 18, 2019

_____
UNITED STATES DISTRICT COURT JUDGE